IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONNA GOLDEN,<br>　　　　　　　Plaintiff,<br><br>v.<br><br>BRISTOL TOWNSHIP,<br>JAMES TULLY, JOHN LANCIERI, and<br>KENNETH MARGERUM,<br>　　　　　　　Defendants. | CIVIL ACTION<br>NO. 14-3858 |

## Order

AND NOW, this 12th day of February, 2016, upon consideration of Defendant Bristol Township's Motion for Summary Judgment, (Dkt No. 15), Defendant's Statement of Undisputed Material Facts, (Dkt No. 16), Plaintiff's Response in Opposition, (Dkt No. 17), Plaintiff's Response to Defendant's Statement of Undisputed Facts, (Dkt No. 18 ), and Defendant's Reply Brief, (Dkt No. 19), it is hereby **ORDERED** that the Court **GRANTS** Defendant's Motion for Summary Judgement as to Plaintiff's claims against the Township of Bristol and the Township of Bristol is **DISMISSED** as a Defendant in this Case.

BY THE COURT:

/s/ C. Darnell Jones, II
C. DARNELL JONES, II　　J.