# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DONNA GOLDEN,** | : | CIVIL ACTION |
| **Plaintiff,** | : | |
| | : | |
| v. | : | No.: 14-3858 |
| | : | |
| **JAMES TULLY, et al.,** | : | |
| **Defendants.** | : | |

## ORDER

**AND NOW**, this  25TH  day of October, 2018, upon consideration of Plaintiff's Motion for New Trial (ECF No. 81), Defendants' Response in Opposition thereto (ECF No. 82), and for the reasons set forth in the memorandum filed concurrently with this Order it is hereby ordered that Plaintiff's Motion is **DENIED**.

BY THE COURT:

 /s/ Lynne A. Sitarski
LYNNE A. SITARSKI
United States Magistrate Judge